# Exhibit

Case 7:18-cv-00018-DC-RCG Document 130-37 Filed 10/26/21 Page 1 of 72

# DECLARATION OF TIMOTHY W. REPASS

1. I am over the age of 18 and am competent to testify to the facts contained in this declaration. I have personal knowledge of all of the facts contained in this declaration, and they are all true and correct.

2. TNT supervisors reminded me and other crane operators routinely in safety meetings and trainings of the risk of dehydration and heat injuries.

3. TNT required me and other crane operators to complete Job Safety Analysis forms on each job identifying the most prominent hazards associated with the work tasks, including dehydration, and the method to prevent dehydration, which was constantly hydrating.

4. In order to prevent hydration and heat injuries by constantly hydrating, crane operators including myself obtained water or ice on a daily or near daily basis either from one of TNT's yards or from a store or gas station.

5. TNT provided me and other crane operators with company credit cards and instructed us to use the credit cards to purchase water and ice, along with fuel for our cranes and other materials we regularly needed to purchase in order to perform our work operating cranes whenever we were working too far away to pick up those items from one of TNT's yards.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: Oct 20, 2021

Tim Repass (Oct 20, 2021 13:57 CDT)

Timothy W. Repass

1

# Exhibit Z




# Job Safety Analysis

Date / Time: 6/16/18   Customer: OXY USA INC.   Location: Block 8788 IN 114   Equipment #: 200-07  Rick To

Safety Shower / Eye Wash Location: Safety Trailer   Assembly Area: Entrance North of Location

Task to be Performed: Lift operations to support coiled tubing

| Steps to Complete the Task | Hazards Associated with the Task | Methods of Eliminating Listed Hazards |
|---|---|---|
| Inspect Crane | Serious Injury or Death to personnel | Keep Nonessential personnel away from crane |
| Raise Lower Swing | - Overhead lift suspended loads | Fall zone. Do not work, walk or stand |
| Injector head as directed | - Pinch points | under suspended load or boom. Be aware |
| | - Stored Energy | of body position when swinging load. Be aware |
| | - hand, head injuries | of stored energy if crane is side loaded |
| | - Wind, Weather, Lightning | Use Tagline to control lift. Be Aware of |
| | | hand placement. Keep eyes on lift at all times |
| | Poor Communication | Inform operator of all changes / issues with lift |
| | | Keep eyes for lightning. Wind Speed 30 mph. |
| | Crane/Rigging Failure | Inspect crane rigging properly |
| | Slip Trip Falls | Be Aware of uneven surfaces. 3pt contact |
| | | No climbing |
| | Heat Injuries | Drink plenty of water. |

**Protection Needed to Perform Task Safely, (Check Box if Needed)**

[✓] Fall Protection  [ ] Gloves  [ ] LOTO Equipment  [✓] Tag Lines  [✓] Vests  [ ] FRC  [ ] Spotter  [ ] Air Monitors
[✓] Hearing Protection  [✓] Rescue Equipment  [✓] Swing Radius Protection  [✓] Lift Drawings/Sketches  [✓] Respirators (FIT Test)
[✓] Area Barricades  [ ] Pre-Task Equipment Inspections  [N/A] Power Line Precautions  [ ] Permit Required  [✓] Goggles
[✓] Overhead Obstruction Precautions  [✓] Proper Mats / Cribbing  [N/A] Protection from Underground Utilities/Excavations
Other _____

**Personnel (If Applicable List Names in Spaces Provided)**

Are all personnel involved qualified/certified for the task? [✓] Yes   Supervisor _____
Crane / Equipment Operator: Neil Foster   Signal Person: N/A   Spotter: NA
A/D Supervisor: N/A   Rigger: NA   Other: NA
Will a personnel basket be used [ ] Yes [✓] No   If yes has the man basket permit been completed N/A Yes

Attendees must sign in (and initial out if applicable)   [✓] Check Box if Fall Protection Equipment was Issued & Inspected

| Name | ✓ | Company | Name | ✓ | Company |
|---|---|---|---|---|---|
| Neil Foster | | TNT | | | |
| David DeSalar | | OXY | | | |
| John Garza | | | | | |
| Jonathan Hernandez | | MSS | | | |




# TNT Safety Analysis

Date/Time: 3/16/20 5:00A   Customer: Chevron   Location: DR Pad 21 orla TB   Equipment #: 240-13
Safety Shower/Eye Wash Location: Trailer   Assembly Area: Entrance
Task to be Performed: Wireline

| Steps to Complete the Task | Hazards Associated with the Task | Methods of Eliminating Listed Hazards |
|---|---|---|
| Inspect Crane | Crane Malfunction | Thourough Inspection |
| Lift Lub on/off well | Overhead load / Crush Points | Dont Stand under load / watch Body Placement |
| Change tools in lub | Line of fire / Pinch Points | Stay out of line of fire / watch hand Placement |
| Weather | Dehydration | Drink Plenty Fluids |
| Everyone | Has Stop Work | Authority |

### Protection Needed to Perform Task Safely, (Check Box if Needed)

☐ Fall Protection  ☑ Gloves  ☑ LOTO Equipment  ☑ Tag Lines  ☑ Vests  ☑ FRC  ☑ Spotter  ☑ Air Monitors
☑ Hearing Protection  ☐ Rescue Equipment  ☑ Swing Radius Protection  ☐ Lift Drawings/Sketches  ☑ Respirators (FIT Test)
☑ Area Barricades  ☑ Pre-Task Equipment Inspections  ☐ Power Line Precautions  ☐ Permit Required  ☐ Goggles
☐ Overhead Obstruction Precautions  ☑ Proper Mats / Cribbing  ☐ Protection from Underground Utilities / Excavations
☐ Other _____

### Personnel (If Applicable List Names in Spaces Provided)

Are all personnel involved qualified/certified for the task? ☑ Yes   Supervisor: Christian Arroyo
Crane / Equipment Operator: Derek Bentley   Signal Person: Raydell Bland   Spotter: _____
A/D Supervisor: _____   Rigger: Raydell Bland   Other: _____
Will a personnel basket be used ☐ Yes ☑ No   If yes has the man basket permit been completed ☐ Yes
Will Hands on Load be required? ☐ Yes ☑ No   If yes, has a Hands on Hazard Analysis form been completed? ☐ Yes

Attendees must sign in (and initial out if applicable)  ☑ Check Box if Fall Protection Equipment was Issued & Inspected

| Name | ✓ | Company | Name | ✓ | Company | |
|---|---|---|---|---|---|---|
| James Ri___ | | NXT | | | | |
| Brian Raynot | | NXT | | | | |
| ___ C___ | | NXT | | | | |
| ___ | | NXT | | | | |
| | | | | | | |
| | | | | | | |
| Randell Bland | Rig | TNT | | | | |

Confidential                                                                                                      TNT [Repass] 009144




# TNT Safety Analysis  139331  3/6/

Date/Time: 2-26-20   Customer: Jerris   Location: 854 Cembler Rd   Equipment #: 75-10

Safety Shower/Eye Wash Location: In crane cab   Assembly Area: by building

Task to be Performed: set mini excavator

| Steps to Complete the Task | Hazards Associated with the Task | Methods of Eliminating Listed Hazards |
|---|---|---|
| Walk around 360 | moving Equipment people | stay out of area |
| Spot crane | overhead load Dropped | Dont get under the load |
| half outrigger (set plates) | objects crushing hazards | watch hand placement |
| full outrigger | pinch points on Rigging | watch foot placement |
| Rig up to load | pad outriggers machine | use tag lines |
| Pick and swing | well slip trip fall on | stay out of Area |
| out of hole | holes load swing | Drink water |
| Pu plates | windy Dehydration | watch wall |
| half outriggers | | eyes on task |
| | Anyone can stop Job | |

### Protection Needed to Perform Task Safely. (Check Box if Needed)

☐ Fall Protection  ☑ Gloves  ☐ LOTO Equipment  ☑ Tag Lines  ☑ Vests  ☐ FRC  ☑ Spotter  ☐ Air Monitors
☐ Hearing Protection  ☐ Rescue Equipment  ☑ Swing Radius Protection  ☐ Lift Drawings/Sketches  ☐ Respirators (FIT Test)
☑ Area Barricades  ☑ Pre-Task Equipment Inspections  ☐ Power Line Precautions  ☐ Permit Required  ☐ Goggles
☐ Overhead Obstruction Precautions  ☑ Proper Mats / Cribbing  ☐ Protection from Underground Utilities / Excavations
☐ Other _Anyone can stop_

### Personnel (If Applicable List Names in Spaces Provided)

Are all personnel involved qualified/certified for the task? ☑ Yes   Supervisor: Lee williams
Crane / Equipment Operator: Bfrazi   Signal Person: Sofo   Spotter: _____
A/D Supervisor: _____   Rigger: _____   Other: _____
Will a personnel basket be used ☐ Yes ☑ No   If yes has the man basket permit been completed ☐ Yes
Will Hands on Load be required? ☐ Yes ☑ No   If yes, has a Hands on Hazard Analysis form been completed? ☐ Yes

### Attendees must sign in (and initial out if applicable) ☑ Check Box if Fall Protection Equipment was Issued & Inspected

| Name | ✓ | Company | Name | ✓ | Company |
|---|---|---|---|---|---|
| Bryan _____ | | TNT | | | |
| _____ | | Sofo | | | |

# Job Safety Analysis

**Date / Time:** 1/6/19
**Customer:** Je Dunn
**Location:** West creek
**Equipment #:** 120-08
**Safety Shower / Eye Wash Location:** First aid Kit
**Assembly Area:** Road / Parking lot
**Task to be Performed:** Support 625

| Steps to Complete the Task | Hazards Associated with the Task | Methods of Eliminating Listed Hazards |
|---|---|---|
| Inspect | Damaged/ worn PPE, Crane, rigging, site walk, and documentation | Prework inspection of all gear and equipment document and communicate safe work plan. |
| Support | - Slips, trips, falls from mobile equipment<br>- Overhead loads<br>- Pinch point line of fire<br>- Dehydration | 3 points of contact and safe climb ladders. Barricade lift zone w/ tagline. Stay clear of danger zones. |
| Everyone | has stop work authority | |

### Protection Needed to Perform Task Safely. (Check Box if Needed)

- [x] Fall Protection
- [x] Gloves
- [ ] LOTO Equipment
- [x] Tag Lines
- [ ] Vests
- [ ] FRC
- [x] Spotter
- [ ] Air Monitors
- [ ] Hearing Protection
- [ ] Rescue Equipment
- [x] Swing Radius Protection
- [ ] Lift Drawings/Sketches
- [ ] Respirators (FIT Test)
- [x] Area Barricades
- [x] Pre-Task Equipment Inspections
- [ ] Power Line Precautions
- [ ] Permit Required
- [ ] Goggles
- [ ] Overhead Obstruction Precautions
- [x] Proper Mats / Cribbing
- [ ] Protection from Underground Utilities/Excavations

Other: _____

### Personnel (If Applicable List Names in Spaces Provided)

Are all personnel involved qualified/certified for the task? [ ] Yes   Supervisor: _____
Crane / Equipment Operator: Jason Rich   Signal Person: Chris   Spotter: _____
A/D Supervisor: _____   Rigger: Chris   Other: _____
Will a personnel basket be used [ ] Yes [x] No   If yes has the man basket permit been completed [ ] Yes

**Attendees must sign in (and initial out if applicable)**   [x] Check Box if Fall Protection Equipment was Issued & Ins

| Name | J | Company | Name | J | Company |
|---|---|---|---|---|---|
| Jason Rich | | TNT | | | |
| Ryan Taylor | | TNT | | | |

Confidential
TNT [Repass] 009171