# Exhibit D

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
 2                         MIDLAND DIVISION

 3    TIMOTHY W. REPASS and        §
      WILLIAM SCOTT McCANDLESS,    §
 4    Individually and On          §
      Behalf of All Others         §
 5    Similarly Situated,          §
                                   §
 6              Plaintiffs,        § NO. 7:18-CV-107-DC
                                   §
 7    VS.                          §
                                   §
 8    TNT CRANE AND RIGGING,       §
      INC.,                        §
 9                                 §
                Defendant.         §
10
      ****************************************************
11
                        ORAL DEPOSITION OF
12
                          MICHAEL COATES
13
                     APPEARING REMOTELY FROM
14
                      MIDLAND COUNTY, TEXAS
15
                          July 30, 2021
16
                             Volume 1
17
      ****************************************************
18      ORAL DEPOSITION OF MICHAEL COATES, produced as a

19    witness at the instance of the Defendant, and duly

20    sworn, was taken in the above-styled and -numbered cause

21    on the 30th day of July, 2021, from 11:59 a.m. to 1:38

22    p.m., before Kristine Utley, Certified Shorthand

23    Reporter, in and for the State of Texas, reported by

24    machine shorthand, remotely from Ellis County, Texas,

25    pursuant to the Federal Rules of Civil Procedure and the
```



1  paid for that portion of the drive time from the time
2  you stop at the store to buy the supplies for the rest
3  of your trip to the job site?
4       A.  That -- that might be the majority, but the
5  other part is leaving the yard with a rigger to only
6  have to take one vehicle out to a job site and then
7  returning the rigger back to the yard to his vehicle so
8  that he can go home.
9       Q.  And were there times where you would put on
10 your time sheet the time that you spent at the yard to
11 pick up the rigger and then drive out to the job site?
12      A.  The best I can remember, no.  We weren't
13 allowed to charge -- we just had to be at the yard to
14 pick up the rigger and we weren't -- our time didn't
15 start till we got on location; that was a big point of
16 contention.
17      Q.  What if you came into the yard before you
18 headed out to location to fill up the drag tank in
19 your -- in, you know, the pickup, would you put down
20 time on your time sheet for the time you spent in the
21 yard?
22      A.  No, they considered that just like getting it
23 from a gas station.  We didn't get paid to turn in
24 tickets, even though that was required at least two to
25 three times a week.  We did not get paid to, you know,



1   if we got ice or water, that was typically mornings
2   where we would be turning in tickets or evenings when we
3   would be turning in tickets where we would get fuel and
4   ice and water for the next day at the yard or for that
5   day that we were starting.
6        Q.  Did you ever buy enough water and ice to last
7   for several days?
8        A.  Not on a typical basis.  If I bought water it
9   would be a case of water, which would typically, I mean,
10  you would need to get a case a day.  If I got it from
11  the yard I would get a couple of cases if they had it,
12  if they had enough water, which they were pretty decent
13  about having enough water, but I would still have to get
14  ice every single day.
15       Q.  Were there times where you would only make a
16  trip to the yard for the limited purpose of dropping off
17  paperwork?
18       A.  I would believe so.  I mean, to the best of my
19  knowledge, you know, looking back I probably made a few
20  trips to the yard just to drop off paperwork, but I
21  tried -- I mean, most of my jobs were in the other
22  direction from the yard, so I -- the only time that I
23  had to go to the yard was to drop off tickets, so I
24  would get WD-40 or PB Blaster, I would get brake clean.
25              I worked -- most of the time I worked days



1    Q.  So basically standby time would include being
2  paid for hours that you did not work; is that correct?
3    A.  Yes, yes, I would say that's a fair summation.
4    Q.  On the first day of a job when you were
5  mobilizing the equipment out to the job location, would
6  you get paid for the travel time associated with that?
7    A.  If we were bringing -- if we were bringing a
8  crane from the yard, yes, we would get that travel time.
9    Q.  And then at the end of the project when you
10 were demobilizing and bringing the crane back to the
11 yard, would you get paid for that travel time as well?
12   A.  Yes, we would get paid for that because I was
13 driving a commercial vehicle.  They -- TNT was very good
14 about when we were driving a commercial vehicle for
15 paying our time.
16   Q.  And how often would you make those stops and
17 purchase fuel for the drag tank for the crane?
18   A.  For the drag tank, maybe every two to three
19 days to fill up the auxiliary tank, every two to three
20 days.
21   Q.  And typically on these jobs that you were
22 working as a crane operator, could the crane run for two
23 days without having to be refueled?
24   A.  Yes, it could run for -- it could run for
25 about -- it could run for right about two days before it

