# Exhibit F

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

Civil Action No. 7:22-cv-00018
_____

DEPOSITION OF:   DANIEL VENABLE - September 7, 2022
                 (via RemoteDepo)
_____

MICHAEL COATES, BRANDON RAYBION, DANIEL VENABLE,

Plaintiffs,

v.

TNT CRANE & RIGGING, INC.,

Defendant.
_____

           PURSUANT TO NOTICE, the deposition of
DANIEL VENABLE was taken on behalf of the Defendant in
Midland, Texas, by remote means, on September 7, 2022,
at 10:07 a.m., before Darcy Curtis, Registered
Professional Reporter and Notary Public within
Colorado, appearing remotely from Denver County.

Page 46

1 kind of thing.
2    Q.   Okay.  So for some jobs, you would need a
3 rigger every day; is that right?
4    A.   Yes.
5    Q.   And then for some jobs, you didn't need a
6 rigger at all; is that right?
7    A.   Correct.
8    Q.   Okay.  Now, when you needed to pick up a
9 rigger, where did you go to pick them up?
10    A.   It would really depend where they were
11 located and where the job was.  I think the majority
12 of the time I would pick my riggers up at the Midland
13 yard.
14    Q.   Why did you pick them up at the yard?
15    A.   I think because it was a more central
16 location.  And if I needed to pick up supplies, I
17 could do that when I went there to pick them up and
18 just combine all of that stuff together.  Picking up
19 supplies was a pretty frequent thing that had to be
20 done.
21    Q.   Do you remember the names of the riggers
22 that you picked up when you were at TNT?
23    A.   I remember -- I remember Johnny Reynolds.
24 Are you asking for their names?
25    Q.   Yeah.

Page 47

1    A.   Okay.  I remember Johnny Reynolds.  I
2 would pick him up sometimes at the yard, but he lived
3 in a travel trailer that wasn't very far from the
4 yard.  And I don't really remember the names of most
5 of the rest of them.  I worked as a rigger -- I worked
6 with Johnny Reynolds for a long time.  I remember him
7 pretty well.
8    Q.   You normally picked him up at the yard?
9    A.   I think so, either at the yard or
10 possibly at his travel trailer, which was close to the
11 yard, and then we could just go to the yard and get
12 supplies.  When I say close to the yard, I mean pretty
13 much across the highway.
14    Q.   How many other riggers did you work with?
15    A.   I couldn't tell you.
16    Q.   Was it more or less than five?
17    A.   I'm sorry.  Did you say something?
18    Q.   Yeah.  I asked, do you think it was more
19 or fewer than five other riggers that you worked with?
20    A.   I would say more than.
21    Q.   More or fewer than ten?
22    A.   Let me think.  I don't recall.  I
23 couldn't tell you.
24    Q.   So other than the yard or Johnny
25 Reynolds' house, which was directly across the street

Page 48

1 from the yard, what other locations did you go to to
2 pick up workers, riggers?
3    A.   I don't recall.  Yeah, I don't recall.
4    Q.   So is the only location you specifically
5 recall picking them up the yard?
6    A.   It is the only location that I remember
7 right now, yeah.
8    Q.   Do you remember any specific job sites
9 that required you to bring a rigger and any specific
10 that didn't?
11    A.   I remember that Chevron job sites
12 required riggers for the frac jobs and I believe coil
13 tubing as well.  I think -- I don't remember any other
14 ones.  I don't remember the other ones.
15    Q.   Do you recall any specific locations that
16 did not require a rigger?  And you may have answered
17 that already.
18    A.   I don't recall.
19    Q.   When you picked up a rigger at the yard,
20 did you start recording your time for the day at the
21 yard?
22    A.   It would depend on what time was given to
23 us.  If I was given 15 hours, my time sheet said
24 15 hours.  So if I was given 15 hours and I had
25 13 hours on the job site, say, 5:30 until 6:30, I

Page 49

1 would start my time at 4:30.  If I got to the yard at
2 3:30 or met my rigger at 3:30, our time would start at
3 4:30, because that's how much time we were given.
4    Q.   Did picking up the rigger add any time to
5 how long it took you to get to job sites?
6    A.   Yes.
7    Q.   How much?
8    A.   It could be 30 minutes.  It could be an
9 hour.  It could be more, depending on the rigger.
10 When you get into some of that, some of those people
11 don't necessarily show up on time.
12    Q.   How often was a rigger late?
13    A.   I couldn't tell you.  One of the
14 riggers -- I can't remember his name.  I know he's
15 from Alabama -- he was late every day.
16    Q.   How often did you transport this rigger?
17    A.   I couldn't tell you.  Over a week and he
18 was late every day.
19    Q.   Was the rigger allowed to meet you at the
20 job site?
21    A.   If the rigger's job title was crane
22 operator but they were acting as a rigger, they would
23 have a company vehicle and could drive themselves to
24 the job site.  If the rigger's job title was rigger/
25 driver, they wouldn't have a company vehicle, so they

Page 50

```
 1  would have to ride with the crane operators to the job
 2  site.  They couldn't take their personal vehicles to
 3  the job site.
 4       Q.   Why couldn't they take their personal
 5  vehicle?
 6       A.   Because it was against company policy.
 7       Q.   So picking up a rigger could add to your
 8  commute if a rigger was late.  Are there any other
 9  reasons picking up a rigger could add time?
10       A.   Because going to pick them up is out of
11  the way.
12       Q.   Was picking them up out of the way when
13  you went to the yard?
14       A.   If --
15       Q.   Because you normally went to the yard
16  anyway, right?
17       A.   No, not necessarily.  If I could get
18  supplies on the way to the job site, I would.  I would
19  put those supplies on my company credit card and then
20  just -- I don't remember what the sheet was called
21  that we would fill out at the end of the month.
22  Expense report.  I could just put it on my expense
23  report and pay for it as I go.  In which case, you
24  know, it would be -- that time would be spent getting
25  supplies along the way instead of driving 30 minutes
```

Page 51

```
 1  to the yard, getting supplies at the yard, waiting for
 2  the rigger, whatever all of that encompassed, and then
 3  driving from the yard to the location.  So it could be
 4  30 minutes to an hour and a half out of the way,
 5  depending on all of those factors.  Where if I had to
 6  stop along the way, it would take maybe 30 minutes to
 7  an hour there, you know, at the store if I had to get
 8  supplies.
 9       Q.   So going by the yard could add time, if
10  you otherwise were going to choose to pick up supplies
11  on the way instead of at the yard; do I understand
12  that right?
13       A.   If I needed to, yes.
14            MR. JOHNSON:  Jay?
15            MR. BULLER:  Yeah.
16            MR. JOHNSON:  Sorry to interrupt.  Do you
17  have an estimate of how much time you have left?  By
18  my count, we're at our hour and a half limit.
19            MR. BULLER:  How much time I have left?
20            MR. JOHNSON:  Yeah.  By my count, we're
21  at our hour and a half limit.
22            MR. BULLER:  I didn't think we were
23  limited to an hour and a half.  I don't have much time
24  left.
25            MR. JOHNSON:  That was the order.
```

Page 52

```
 1            MR. BULLER:  I didn't think we were at
 2  90 minutes, but I don't have much left, just basically
 3  a few minutes about stops and then I'm done.
 4            MR. JOHNSON:  I can give you a little bit
 5  of leeway, but we're not going to go much past the
 6  90 minutes.  Okay?
 7            MR. BULLER:  Okay.  Well, let's take a
 8  break.  It's a good time to take a break.
 9            MR. JOHNSON:  Sounds good.
10            (Recess taken, 11:45 a.m. to 11:53 a.m.)
11       Q.   (BY MR. BULLER)  Mr. Venable, you
12  mentioned stopping at places other than the yard on
13  the way to job sites.  How frequently did you stop at
14  places other than the yard?
15       A.   Every day.  Sometimes twice a day.
16       Q.   And what did you pick up on those stops?
17       A.   Let me rephrase that.  Almost every day.
18  Sometimes twice a day.
19       Q.   And what did you pick up on those stops?
20       A.   Ice, water, fuel, cleaners, things of
21  that nature.
22       Q.   Did you tell anybody at TNT that you were
23  stopping almost every day?
24       A.   Yeah, they knew.  There were receipts on
25  our credit cards, fuel receipts.
```

Page 53

```
 1       Q.   So were you picking up all of the things
 2  that you mentioned every day?
 3       A.   A lot of days.  Fuel was pretty much
 4  every day, yeah, sometimes twice a day.
 5       Q.   What about ice and water?
 6       A.   Nearly every day, I would say.
 7       Q.   Was the fuel you were picking up for the
 8  truck or the drag tank?
 9       A.   Both.
10       Q.   Were you picking up both every day?
11       A.   I would say most days.
12       Q.   Was there fuel available at the yard?
13       A.   Sometimes.
14       Q.   Was it not available at the yard
15  sometimes?
16       A.   Sometimes.
17       Q.   How often was it not available?
18       A.   I couldn't tell you.
19       Q.   And were all of these purchases on your
20  company credit card?
21       A.   I believe so, yeah.
22       Q.   Were there any times that they weren't on
23  your company credit card?
24       A.   I don't recall any.
25       Q.   Did you make any other stops on the way
```