# Exhibit G

BRANDON RAYBION
REPASS vs TNT CRANE AND RIGGING

August 20, 2020
1-4

### Page 1

```
1   JOB NO. 5942713
2       IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS
3                 MIDLAND DIVISION
4   TIMOTHY W. REPASS and      )
    WILLIAM SCOTT McCANDLESS,   )
5   Individually and On         )
    Behalf of All Others        )
6   Similarly Situated,         )
                                )
7              Plaintiffs,      )
                                )
8   VS.                         ) NO. 7:18-CV-107-DC
                                )
9   TNT CRANE AND RIGGING,      )
    INC.,                       )
10                              )
               Defendant.       )
11
    ----------------------------------
12            ORAL DEPOSITION OF
                BRANDON RAYBION
13             August 20, 2020
              (Reported Remotely)
14  ----------------------------------
15      ORAL DEPOSITION OF BRANDON RAYBION, produced as a
16  witness at the instance of the defendant, and duly
17  sworn, was taken in the above-styled and numbered
18  cause on August 20, 2020, Via Videoconference, from
19  9:00 a.m. to 11:04 p.m., before Suzann M. Sanchez,
20  CSR, RMR, in and for the State of Texas, reported by
21  machine shorthand, at Odessa, Texas 79763, pursuant to
22  the Federal Rules of Civil Procedure.
23
24
25
```

### Page 2

```
1                    A P P E A R A N C E S
2
3   FOR TIMOTHY W. REPASS and WILLIAM SCOTT McCANDLESS,
    Individually and On Behalf of All Others Similarly
4   Situated (Via Videoconference):
5       Edmond S. Moreland, Jr., Esq.
        Moreland Verrett, P.C.
6       700 West Summit Drive
        Wimberley, Texas 78676
7       512-782-0567
        Edmond@morelandlaw.com
8
9   FOR TNT CRANE AND RIGGING, INC. (Via Videoconference):
10      Jonathan A. Sprague, Esq.
        Littler Mendelson, P.C.
11      1301 McKinney Street, Suite 1900
        Houston, Texas 77010-3031
12      713-951-9400
        Mjodon@littler.com
13      Jsprague@littler.com
```

### Page 3

```
                              INDEX

Appearances.................................... 2
Stipulations................................... 1

EXAMINATION                                   PAGE
BY MR. SPRAGUE.............................      4
BY MR. MORELAND............................     90

Changes and Signature......................     93
Reporter's Certificate.....................     95

                            EXHIBITS
NO.           DESCRIPTION                      PAGE
Exhibit 1     Raybion Time Sheets...........     77
Exhibit 2     Raybion Electronic Time ......     77
              Records
```

### Page 4

1   BRANDON RAYBION
2 was called as a witness and, having been first duly
3 sworn, testified as follows:
4           EXAMINATION
5 BY MR. SPRAGUE:
6   Q.  Good morning.
7       MR. MORELAND: Jonathan, before you get
8 -- Jonathan, before you get started, I just want to
9 say on the record that we'll read and sign.
10  Q.  (BY MR. SPRAGUE) All right. Good morning,
11 Mr. Raybion. Would you please state your full name?
12  A.  Brandon Raybion.
13  Q.  Okay. My name is Jonathan Sprague. I am one
14 of the attorneys representing the defendant in this
15 lawsuit TNT Crane and Rigging, Incorporated. And
16 throughout this deposition, if I refer to TNT Crane
17 and Rigging, Inc. just as TNT, will you understand
18 that I'm referring to the defendant TNT Crane and
19 Rigging, Inc.?
20  A.  Yes.
21  Q.  Okay. Thanks. So, before we get started, I
22 just kind of want to go over some ground rules and
23 walk through a few things particular to a deposition.
24 Do you understand that the court reporter has sworn
25 you in today, and you're under oath to tell the truth?



Page 33

1   Q.  And what about fueling a drag tank or an
2  L-tank?  Would that include -- was time spent doing
3  that included in your overtime pay?
4   A.  If we were going -- if I was traveling from
5  my home or from the job site back to my home, then,
6  no, it wasn't included on that.
7   Q.  So, would you -- let's say you were traveling
8  from your house out to a job site, and you stopped to
9  fuel up the tank.  Would you put on your time sheet
10 the time spent actually fueling the tank?
11  A.  No, because they wouldn't pay for it.
12  Q.  Did you ever put it down on your time sheet?
13  A.  No, we did not.
14  Q.  Why not?
15  A.  Because we were told we wouldn't get paid for
16 it anyway.
17  Q.  Okay.  Did anyone tell you not to put it on
18 your time sheet?
19  A.  Yes.  I would say it varied from emails from
20 Don Harrison or Carol or even Levi.
21  Q.  And did those emails specifically reference
22 fuelling tanks or filling tanks and not to put that
23 time on your time sheet?
24  A.  It more or less referenced we're not paying
25 you to fuel your trucks just going to and from a job.

Page 34

1   Q.  Okay.
2   A.  Pretty much that's how it worked.  We're not
3  paying you -- we're not paying you for that.  We're
4  only paying you if you're at the yard or leaving with
5  the crane or haul truck or whichever.
6   Q.  Okay.  How about safety meetings?  Did TNT
7  include in your overtime pay time spent at safety
8  meetings?
9   A.  If there was one during overtime, then yes.
10  Q.  And what about filling out paperwork?  Did
11 TNT include in your overtime pay time spent completing
12 paperwork?
13  A.  They -- I wouldn't say I put it down on my
14 time sheet, because it's something I knew they
15 wouldn't pay for anyway.
16  Q.  So, would it be accurate to say, would you
17 agree, that we've gone through various examples, and
18 you got paid overtime for a variety of different
19 tasks, whether some of it was travel and some it was
20 work at job sites and then some of it back at the
21 yard?  Would you agree with that?
22  A.  Yes.
23  Q.  Were there ever days that you didn't have a
24 job assignment for a customer?
25  A.  Yeah.  It was --

Page 35

1   Q.  And, so, you would get -- what would you do
2  on those days?
3   A.  Just sit at the house.
4   Q.  Were there ever days when you would go to the
5  yard just to do some work at the yard to get some
6  hours?
7   A.  Only if it was allowed.
8   Q.  And if it was allowed, can you -- can you
9  recall whether you ever did that?
10  A.  Yeah, I did it a couple times.
11  Q.  Okay.  And you're not claiming that you
12 should be paid for time spent traveling to the yard
13 just to work at the yard and then traveling home from
14 the yard after working at the yard, are you?
15  A.  No.
16  Q.  Okay.  How about if there was a rain-out or
17 you couldn't work due to weather?  Would you get paid
18 a full day in those circumstances?
19  A.  No, there was no such thing as that.
20  Q.  Okay.  How did you submit your time in to
21 TNT?
22  A.  Well, it started out first through regular
23 write it down on a piece of paper and, you know, take
24 a picture of it, email it in, and then turn it in
25 physically, you know, at the end of the week.  And

Page 36

1  then it was done sometimes through email where we had
2  like a template made out, and we would fill it out
3  through an email and send it in.  Then they went to a
4  tablet-based deal to where you did it on tablet.
5   Q.  Did you receive any training on how to fill
6  out -- let's start with the time sheets, the
7  old-fashioned ones you mentioned or the paper time
8  sheets before switching over to electronic.  Did you
9  receive any training on how to fill out those time
10 sheets and enter your time?
11  A.  Not really.  I just learned it from other --
12 other workers.
13  Q.  Do you recall the names of those other
14 workers?
15  A.  I do not.
16  Q.  And, so, there was no orientation or
17 on-boarding process or maybe like an office
18 administrator or someone said, here's the time sheet.
19 This is what you put down, this is what you don't?
20  A.  No.  It's just pretty much when I got hired
21 on, it would say this is your time sheet.  Fill it out
22 to the best of your knowledge.  And that was pretty
23 much what it was.
24  Q.  All right.  What's your recollection on when
25 it switched over to the tablet and electronic records?



Page 45

1 having to change a flat, repair a tire, would you have
2 been paid for the 15 minutes for the pre-trip and then
3 the time that you put down afterwards dealing with
4 repairing that tire?
5     A.  Yes.  We would -- I would generally start my
6 time usually when I get in the yard, and that's when I
7 would start it.  And, so, if I -- if I put, you know,
8 I came to the yard at 4:30, I put pre-trip, and I
9 didn't leave the yard till 5:00, and I put pre-trip
10 from 4:30 to 5:00, our time would usually get changed
11 to 4:45 to 5:00.
12     Q.  And what about that period from 4:45 to 5:00?
13 Would that be encompassed in any other time entries on
14 your time sheet, or is that just a 15-minute hold?
15     A.  Yeah, they would just -- I put -- you know, I
16 would put 4:30 to 5:00, but it would get changed 4:45
17 to 5:00, because they only pay you 15 minutes.
18     Q.  Okay.  And when you have a crane out on
19 the -- out at the job site, do you turn that off when
20 it's not operating when you're not using it, turn the
21 engine off?
22     A.  We would -- we would at times, yes.  But
23 during some off periods, we would leave it on to keep
24 the cab cool or during the cold times, we would
25 definitely run it to keep, you know, the fluids warm

Page 46

1 and stuff like that.
2     Q.  A crane can go three to four days without
3 needing to be refueled.  Right?
4     A.  It depends on its usage.  So --
5     Q.  Okay.  So, you could have situations where
6 the crane has enough fuel in it to do a one-day job,
7 two-day job, three-day job without needing to get
8 refueled just depending on -- on the usage of the
9 crane?
10     A.  Depending on the usage of the crane on the
11 job, yes.
12     Q.  And, so, you don't always have to refuel a
13 crane when it's out on the job, do you?
14     A.  Not every day, no.
15     Q.  If a crane needs fuel, and you're out on a
16 job, you don't have to go back to the yard to fill the
17 drag tank and then drive that back out, do you?
18     A.  No.  If it -- it's far away, we just go fill
19 up our L-tank at the fuel station.
20     Q.  All right.  And, so, if you're, let's say, in
21 the middle of a job, and you're running low on fuel,
22 you leave from the job site, go fill up the tank at a
23 gas station, truck stop.  You leave the yard to go do
24 that.  You fill it up, drive it back, and then you get
25 back to working on the job site.  Would you have been

Page 47

1 paid for that time you spent going to get the fuel and
2 coming back?
3     A.  It was very seldom that we would actually
4 leave the job during the middle of it to go get fuel.
5 I mean, that probably never happened.  We would always
6 just plan it.  If we needed fuel for the next day,
7 then we would either go fill up that night or that
8 morning, the next morning, before we went to the job
9 site.
10     Q.  And would you put on your time sheet that
11 time spent getting that fuel after and before?
12     A.  No, we didn't add it, because we were told
13 not to.
14     Q.  How did you pay for the fuel when you -- when
15 you would get it?  Did you have a company credit card?
16     A.  Yes, sir.
17     Q.  Did you use the TNT credit card or gas card
18 to pay for the fuel in the TNT truck?
19     A.  Yes.
20     Q.  Did any of the jobs you work on have runners
21 who would bring supplies to the job site?
22     A.  Maybe.  You know, yeah, every now and then,
23 there would be a guy would bring out a tag-along or --
24     Q.  Do you remember --
25     A.  What's that?

Page 48

1     Q.  Do you remember what jobs those were on?
2     A.  I do not.
3         MR. MORELAND:  Excuse me, Jonathan.
4 You've interrupted him several times.  Please let him
5 finish his answer before you jump in.
6         MR. SPRAGUE:  Sorry.
7     Q.  (BY MR. SPRAGUE)  How about safety employees?
8 Would they bring supplies when they would come out to
9 the job site?
10     A.  When they would come out to do an audit, they
11 would bring, you know, extra gloves or hearing
12 protection or safety glasses, stuff like that, for
13 JSA's.
14     Q.  So, we've been going almost an hour.  Do
15 you-all want to take a five, ten-minute break?
16     A.  I'm good.  We can -- we can keep going.  I've
17 got to get --
18     Q.  All right.
19         MR. MORELAND:  Works for me.
20     Q.  (BY MR. SPRAGUE)  Were there any jobs that you
21 worked on where you would drive back home at the end
22 of the day, whether to your --
23     A.  Yeah.  That was probably the majority of
24 them.  Unless I was going to a man camp, I would -- I
25 would drive straight home and go home at night or



Page 57

1  Q.  And there were times that you were paid for
2  time spent traveling from man camp to job site or job
3  site to man camp.  Correct?
4  A.  Yes.
5  Q.  And there were times that you were paid for
6  time spent traveling hotel to job site, job site to
7  hotel.  Correct?
8  A.  Yes.  I'm sorry.
9  Q.  So, with respect to time traveling between
10 the yard and the job site, how many hours per week
11 would you say that you weren't paid for that sort of
12 time?
13 A.  It just kind of varied, you know.  It
14 depended on where I was going, you know, how often I
15 needed to fill up my -- to fill up my tank or get
16 supplies for the crane or get ice.  You know, I would
17 say sometimes I probably missed out on 10 to 15 hours
18 a week.
19 Q.  Okay.  So, when you were paid for the travel
20 time, whether it was between the yard and the job site
21 or the man camp and the job site, your travel trailer
22 and the job site, on those times that you were paid
23 for that, that would be counted towards your overtime.
24 Right?
25 A.  Yes.

Page 58

1  Q.  Are you claiming that you were not paid for
2  all of your travel time?
3  A.  No, I'm not claiming that at all.
4  Q.  Sorry.  I didn't get that.
5  A.  You mean like my whole time in TNT or
6  something?
7  Q.  Yeah.  In this lawsuit, are you claiming that
8  you were not paid for all of your travel time?
9  A.  Oh, yeah.  Yeah, definitely.  I didn't hear
10 what you said a while ago.  But, yeah, I definitely
11 didn't get paid all the travel time I should have.
12 So --
13 Q.  And what kind of travel time in particular
14 are we talking about?  Are we talking about your
15 lodging to the job site, job site to the yard?  What
16 specific travel time are you claiming you weren't paid
17 for all of?
18 A.  I'm just -- mainly, it's travel time, you
19 know, to go get things that I needed for work, you
20 know, whether it be fuel, ice, supplies, cleaning
21 supplies for the crane, stuff like that, you know,
22 things that were needed essentially for the job.
23 Q.  Is there anything else that you're -- any
24 other sort of travel time that you're claiming in this
25 lawsuit that you weren't paid for?

Page 59

1  A.  I can't -- I can't think of anything else.  I
2  mean, there's probably some, but -- there's things I
3  probably wish I would have been paid for up there, but
4  it was beyond me.  So --
5  Q.  How much travel time are you claiming that
6  you weren't paid for?
7  A.  I've never added it up.  I can't tell you.  I
8  don't know.
9  Q.  Do you recall the dates that you had travel
10 time that you claim you weren't paid for?
11 A.  Do I have -- say it again?
12 Q.  The specific dates that you had travel time,
13 but weren't paid for?
14 A.  No, I don't have any specific dates.  No.
15 Q.  Do you know if -- sorry.  Did I cut you off?
16 A.  No.  You're good.  You're good.
17 Q.  Do you know if during the weeks when you had
18 travel time that you weren't -- that you claim you
19 weren't paid for, whether you worked over 40 hours in
20 those weeks?
21 A.  No.  I mean, most of my time at TNT was over
22 40 hours.  So, that's all I --
23 Q.  But you can't say right now whether you
24 recall any specific weeks where you claim you weren't
25 paid for travel time, but you did in fact work over

Page 60

1  40 hours that week.  Correct?
2  A.  Yes, there was -- there was times, yes, but I
3  just don't know specific dates.
4  Q.  Did you ever have any discussions with
5  managers or supervisors at TNT whether you could get
6  paid for any travel time?
7  A.  I brought it up to Levi Hastey probably a
8  couple times on saying that we should be paid for this
9  time.  And he said -- all I would get from him was,
10 They're not going to do it.
11 Q.  And what specific -- what specific sort of
12 time was it?  Was it the time getting supplies?  Is
13 that what you brought up with him?
14 A.  It was just, yeah, whether it be supplies or
15 fuel or even sometimes, you know, grabbing a co-worker
16 that was going to the job with me.
17 Q.  Did you ever talk to him about travel time
18 from your lodging or home to the job site and back?
19 A.  I discussed that with him a couple times,
20 yes.
21 Q.  And what did you-all discuss about that?
22 A.  Well, I just told him, you know, we should
23 get paid for some of this travel time, you know,
24 whether it's -- if we're stopping to get things or
25 not.  And he would say, If you're getting a hundred



BRANDON RAYBION
REPASS vs TNT CRANE AND RIGGING

August 20, 2020
61–64

Page 61

1 dollars, you're not getting any travel time.
2    Q.  What about if the customer would pay for it?
3    A.  Then you would get up to an hour of travel.
4 That's all Chevron would pay for.
5    Q.  And was this conversation just with Levi?
6    A.  It was mainly with Levi, yes.
7    Q.  Any other conversations with supervisors or
8 managers about travel pay issues or anything?
9    A.  No. I mainly got it from Levi.
10   Q.  Did you ever ride with someone else out to
11 the job site?
12   A.  There were times, yes.
13   Q.  And would you have been paid for that time
14 traveling out there?
15   A.  If we were getting the hundred, we weren't
16 getting paid.
17   Q.  Did you ever drive riggers out to the job
18 site?
19   A.  Yes, I did.
20   Q.  Would you get paid for that time?
21   A.  Nope.
22   Q.  Would there ever be a scenario where you
23 would drive a rigger to one job site and then continue
24 on yourself to a separate job site?
25   A.  I can't say I remember that, where I dropped

Page 62

1 anybody off and then went to another one. No.
2    Q.  Are you aware of other crane operators doing
3 that?
4    A.  I can't speak for them. I don't know.
5    Q.  If you stopped at a gas station on your way
6 home after the job site to top off your -- your
7 company truck with gas, are you claiming TNT should
8 have paid you for that travel time all the way back to
9 your home from the job site?
10   A.  If it was just fuel for, you know, the truck
11 itself, then no. Only if it was essential to the job.
12   Q.  So, kind of the same situation, but in
13 reverse. If you stopped to fill up your truck with
14 gas on your drive to the job site, are you claiming
15 you should have been paid travel time for that drive
16 time from your house or lodging to the job site?
17   A.  No. No. That's just like going to a regular
18 job. So --
19   Q.  How often would you say that you would travel
20 with someone else, whether you're driving them or
21 they're driving you to the job site?
22   A.  I would say about -- at first, it wasn't
23 much. But towards the end of my time at TNT, it was
24 probably about 50 percent of the time.
25   Q.  Was this usually done as a matter of

Page 63

1 convenience, like a couple of you-all get together and
2 say, Hey, can you pick me up or, Hey, I'll pick you
3 up?
4    A.  That's -- that's sometimes what it was was,
5 hey, this is easier to do it this way. And, you know,
6 we're not getting paid for the time, so let's save
7 ourselves some time and do it this way.
8    Q.  Do you recall who the employees were that you
9 drove out to the job site?
10   A.  There's a couple different riggers. The one
11 that would ride me with a lot was probably Weldon
12 Grice, G-R-I-C-E.
13   Q.  And why did you-all ride together more often?
14   A.  He was a rigger that I liked to work with.
15   Q.  And, so, you-all would enjoy riding out there
16 together, kind of friends, or is that --
17   A.  He was a good worker. Put it that way. I
18 always -- I always asked for him to work with me.
19   Q.  When you would stay in a hotel or a man camp,
20 was it common to ride with other people out to the job
21 site?
22   A.  Only if a rigger was involved.
23   Q.  And in those scenarios, would you-all both
24 get paid for the travel time?
25   A.  Yes.

Page 64

1    Q.  Even whoever wasn't driving?
2    A.  Yeah, whoever wasn't driving. If you're
3 leaving from the man camp, you got paid driving.
4    Q.  And this stuff again would count towards
5 overtime. Right?
6    A.  Yes. Or if it -- yeah. If you went into
7 overtime, you got overtime.
8    Q.  So, when you would go out to the job site on
9 the first day, what supplies would you take out with
10 you in addition to the crane?
11   A.  Just supplies that you needed for the job,
12 you know.
13   Q.  What are some examples of those?
14   A.  Well, each job was different, but mainly
15 rigging gear, you know, needed all that and all the
16 safety stuff that TNT required us to carry with us to
17 every job.
18   Q.  Would you-all try to make sure to get enough
19 supplies loaded up and out to the job site on this
20 initial trip so you-all wouldn't have to be refilling
21 and getting additional supplies?
22   A.  Yes.
23   Q.  How about getting ice and water for your own
24 use, consumption at the job site? Is that something
25 you-all would do?



800.211.DEPO (3376)
EsquireSolutions.com