# Exhibit I

ANTOY BELL  -  VOLUME 1 - July 15, 2020

```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF TEXAS
                           MIDLAND/ODESSA DIVISION

    TIMOTHY W. REPASS AND          )
    WILLIAM SCOTT MCCANDLESS,      )
    INDIVIDUALLY AND ON            )
    BEHALF OF ALL OTHERS           )
    SIMILARLY SITUATED,            ) CIVIL ACTION
                                   )
            Plaintiffs,            ) NO. 7:18-CV-107-DC-RCG
                                   )
    VS.                            )
                                   )
    TNT CRANE AND RIGGING,         )
    INC.,                          )
                                   )
            Defendant.             )


           -------------------------------------

                      ORAL DEPOSITION OF

                         ANTOY BELL

              AS DESIGNATED REPRESENTATIVE OF

                 TNT CRANE & RIGGING, INC.

                       July 15, 2020

                         Volume 1

           -------------------------------------
```

ORAL DEPOSITION OF ANTOY BELL, Volume 1, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 15th of July, 2020, from 10:03 a.m. to 2:58 p.m., before Julie A. Jordan, CSR, RPR, in and for the State of Texas, reported by machine shorthand via Zoom, at the offices of TNT Crane & Rigging, Inc., 925 South

JULIE A. JORDAN & COMPANY
PHONE (512) 451-8243      FAX (512) 451-7583

1    A.    I haven't had a -- I can't tell you who all
2  the employees are.
3    Q.    Well, how many are there?
4    A.    All of the claims -- I have to look through
5  all the records to be able to tell you which -- which --
6  which employees.
7    Q.    And without naming them specifically, what are
8  the bases for these claims of offset?
9    A.    The payment of overtime when overtime was not
10 required.
11   Q.    And are you referring to the payment of time
12 and a half on holidays and weekends even if they had not
13 worked over 40 hours in a week?
14   A.    That is some of what I'm referring to.
15   Q.    What else are you referring to?
16   A.    The payment of overtime for travel and it was
17 not required.
18   Q.    Anything else?
19   A.    Not that I can in think of on the top of my
20 head.
21   Q.    Now, let's talk a little bit about the --
22 TNT's policies about compensable time under the
23 Fair Labor Standards Act.
24         You would agree with me, wouldn't you,
25 that the workday start when the operators perform their

ANTOY BELL  -  VOLUME 1 - July 15, 2020

1  first work of the day?
2       A.   Yes.
3       Q.   And the first work of the day could involve
4  loading tools, getting fuel, loading ice or other
5  supplies that they needed in order to perform their
6  duties as crane operators.  True?
7       A.   It could -- some of those things it could
8  start the day, yes.
9       Q.   Which ones do you believe do not start the
10 first work -- do not constitute the first work of the
11 day?
12      A.   I think loading ice is required as a duty of
13 the crane operator.
14      Q.   Anything else?
15      A.   I'm trying to remember if -- all you said.
16 You said tools, ice.
17      Q.   The fuel or other supplies necessary to
18 perform their work.
19      A.   Yeah.  If it's necessary to perform their work
20 yes.
21      Q.   So you would agree with me that if it's
22 necessary to perform their work, the operators loading
23 that -- those items, when they do, that they're
24 performing the first work of the day, correct?
25      A.   If it's necessary to perform their work, yes.