# ATTACHMENT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| MICHAEL COATES, BRANDON RAYBION, DANIEL VENABLE, | § § § § | |
|---|---|---|
| Plaintiffs, | § § | MO:22-CV-00018-DC |
| vs. | § § | |
| TNT CRANE & RIGGING, INC., | § § § | |
| Defendant. | § § | |

## **DEFENDANT'S EXHIBIT LIST**

The following is a list of exhibits that Defendant TNT Crane and Rigging, Inc. expects to present into evidence at trial.

| NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| D-1 | Michael Coates Timesheets | | | | |
| D-2 | Michael Coates Payroll Records | | | | |
| D-3 | Michael Coates Credit Card Transactions Record | | | | |
| D-4 | Brandon Raybion Timesheets, | | | | |
| D-5 | Brandon Raybion Payroll Records | | | | |
| D-6 | Brandon Raybion Credit Card Transaction Records | | | | |

**Page 1**

| NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| D-7 | Daniel Venable Timesheets | | | | |
| D-8 | Daniel Venable Payroll Records | | | | |
| D-9 | Daniel Venable Credit Card Transaction Records | | | | |
| D-10 | TNT Employee Handbook | | | | |
| D-11 | Payroll, Per Diem, Pretrip Memo, March 13, 2015 | | | | |
| D-12 | Payroll, Per Diem, Pretrip Memo, April 1, 2018 | | | | |
| D-13 | Yard Time Memo, dated June 18th, 2015 | | | | |
| D-14 | TNT Driver's Handbook | | | | |
| D-15 | TNT Crane Operator Job Description, Revised Oct. 21, 2014 | | | | |

The following is a list of exhibits that Defendant TNT Crane and Rigging, Inc. may present into evidence at trial.

| NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| D-16 | Coates' Objections and Responses to TNT's First Set of Request for Admission | | | | |

| NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| D-17 | Coates' Supplemental Objections and Responses to TNT's First Set of Request for Admission | | | | |
| D-18 | Coates' Responses to TNT's Second Set of Request for Admission | | | | |
| D-19 | Raybion's Objections and Responses to TNT's First Set of Request for Admission | | | | |
| D-20 | Raybion's Responses to TNT's Second Set of Request for Admission | | | | |
| D-21 | Venable's Objections and Responses to TNT's First Set of Request for Admission | | | | |
| D-22 | Venable's Responses to TNT's Second Set of Request for Admission | | | | |
| D-23 | Coates' Objections and Responses to TNT's First Set of Interrogatories | | | | |
| D-24 | Coates' Supplemental Objections and Responses to TNT's First Set of Interrogatories | | | | |
| D-25 | Coates' Objections and Responses to TNT's Second Set of Interrogatories | | | | |
| D-26 | Coates' Objections and Responses to TNT's Third Set of Interrogatories | | | | |
| D-27 | Coates' Objections and Responses to TNT's Fourth Set of Interrogatories | | | | |

| NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| D-28 | Raybion's Objections and Responses to TNT's First Set of Interrogatories | | | | |
| D-29 | Raybion's Supplemental Objections and Responses to TNT's First Set of Interrogatories | | | | |
| D-30 | Raybion's Objections and Responses to TNT's Second Set of Interrogatories | | | | |
| D-31 | Raybion's Objections and Responses to TNT's Third Set of Interrogatories | | | | |
| D-32 | Raybion's Objections and Responses to TNT's Fourth Set of Interrogatories | | | | |
| D-33 | Venable's Objections and Responses to TNT's First Set of Interrogatories | | | | |
| D-34 | Venable's Supplemental Objections and Responses to TNT's First Set of Interrogatories | | | | |
| D-35 | Venable's Objections and Responses to TNT's Second Set of Interrogatories | | | | |
| D-36 | Venable's Objections and Responses to TNT's Third Set of Interrogatories | | | | |
| D-37 | Venable's Objections and Responses to TNT's Fourth Set of Interrogatories | | | | |

|  |  |
|---|---|
| Dated: December 28, 2022 | Respectfully submitted, |

/s/ G. Mark Jodon
G. Mark Jodon
Texas State Bar No. 10669400
mjodon@littler.com
Joseph R. Buller, III
Texas State Bar No. 24110784
jbuller@littler.com

LITTLER MENDELSON, P.C.
A Professional Corporation
1301 McKinney Street
Suite 1900
Houston, TX 77010
713.951.9400
713.951.9212 (Fax)

ATTORNEYS FOR DEFENDANT
TNT CRANE & RIGGING, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2022, I served a copy of the foregoing on all counsel of record by the Court's ECF system, including:

Edmond S. Moreland, Jr.
Daniel A. Verrett
Moreland & Verrett, P.C.
700 West Summit Drive
Wimberly, TX  78676
edmond@morelandlaw.com
daniel@morelandlaw.com

Aaron Johnson
Fair Labor Law
314 E. Highland Mall Blvd., Suite 401
Austin, Texas 78752
ajohnson@fairlaborlaw.com

/s/ *G. Mark Jodon*
G. Mark Jodon

4883-3574-4582.2 / 110080-1005