IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MICHAEL COATES, BRANDON RAYBION, and DANIEL VENABLE** § § § | |
| **Plaintiffs,** § § | **Civil Action No.** |
| v. § § | **MO:22-CV-0018-DC-RCG** |
| **TNT CRANE & RIGGING, INC.,** § § | |
| **Defendant.** § § | |

**COURT'S JOINT PROPOSED STATEMENT OF THE CASE**

Defendant TNT Crane and Rigging Inc. provides specialty lifting services for various industries including the oil and gas industry. Plaintiffs worked as crane operators in and around the West Texas oilfields for TNT. Plaintiffs allege they are owed unpaid overtime under the Fair Labor Standards Act and the New Mexico Minimum Wage Act. TNT denies Plaintiffs are owed any overtime compensation, contending that TNT paid Plaintiffs all overtime required by law and even paid Plaintiffs more than what was required under both acts.

Respectfully submitted,

*/s/ G Mark Jodon*
G. Mark Jodon
Texas State Bar No. 10669400
mjodon@littler.com
Joseph R. Buller, III
Texas State Bar No. 24110784
jbuller@littler.com

LITTLER MENDELSON, P.C.
A Professional Corporation
1301 McKinney Street
Suite 1900
Houston, TX 77010
713.951.9400
713.951.9212 (Fax)

ATTORNEYS FOR DEFENDANT
TNT CRANE & RIGGING, INC.

**MORELAND VERRETT, P.C.**

By:   */s/ Edmond S. Moreland, Jr.*
Edmond S. Moreland, Jr.
State Bar No. 24002644
edmond@morelandlaw.com
Daniel A. Verrett
State Bar No. 24075220
daniel@morelandlaw.com
700 West Summit Drive
Wimberley, Texas 78676
Ph: (512) 782-0567
Fax: (512) 782-0605

2

Aaron Johnson<br>
State Bar No. 24056961<br>
ajohnson@fairlaborlaw.com<br>
**FAIR LABOR LAW**<br>
314 E. Highland Mall Blvd, Ste. 401<br>
Austin, Texas 78752<br>
Ph: (512) 277-3505<br>
Fax: (512) 277-3254<br>

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 26th day of January 2023, I electronically filed the foregoing using the Court's CM/ECF system. All counsel of record shall be served with a true and correct copy of this document by operation of the Court's CM/ECF system.

*/s/ G. Mark Jodon*
G. Mark Jodon