IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| MICHAEL COATES, BRANDON RAYBION, DANIEL VENABLE, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 7:22-CV-00018 |
| vs. | § § | |
| TNT CRANE & RIGGING, INC., | § § | |
| Defendant. | § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**

On this _____ day of _____ 2023, the Court considered Defendant's Unopposed Motion for Leave to File Excess Pages in Support of Its Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial. After considering Defendant's motion and any responses thereto, the Court GRANTS Defendant's motion. It is therefore:

ORDERED, ADJUDGED, AND DECREED that Defendant may file up to 30 pages in support of its Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial.

_____
THE HONORABLE RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE