IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| MICHAEL COATES, BRANDON RAYBION, DANIEL VENABLE, | § § § § | |
| Plaintiffs | § § | NO. 7:22-CV-0018 |
| vs. | § § | |
| TNT CRANE & RIGGING, INC., | § § | |
| Defendant. | § § | |

## NOTICE OF APPEAL

Notice is hereby given, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, that Defendant TNT Crane & Rigging, Inc. ("TNT") appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered by the Court on May 12, 2023 (ECF No. 106).

Dated: June 9, 2023.

Respectfully submitted,

*/s/ G. Mark Jodon*
G. Mark Jodon
Texas State Bar No. 10669400
mjodon@littler.com
Joseph (Jay) R. Buller III
Texas State Bar No. 24110784
jbuller@littler.com

LITTLER MENDELSON, P.C.
A Professional Corporation
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400
713.951.9212 (Fax)

ATTORNEYS FOR DEFENDANT
TNT CRANE & RIGGING, INC.

2

## CERTIFICATE OF SERVICE

    I hereby certify that on June 9, 2023, I served a copy of the foregoing via the Court's ECF system, which automatically sends notice to all counsel of record.

                                                /s/ *G. Mark Jodon*
                                                G. Mark Jodon